```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 15410
    BERNICE LONG
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-1243


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 04/19/04 and confirmed on 08/27/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  13788.00 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
UNKNOWN .                  CURRENT MORTG        .00            .00            .00
CONSUMERS COOP CU          SECURED              .00            .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED         4261.80           .00         791.95
ROUNDUP FUNDING LLC        UNSECURED         7931.29           .00        1473.84
CARD SERVICE CENTER        UNSECURED         4161.66           .00         773.34
RESURGENT CAPITAL SERVIC   UNSECURED         2057.19           .00         382.28
ECAST SETTLEMENT CORPORA   UNSECURED         2996.79           .00         556.88
RESURGENT CAPITAL SERVIC   UNSECURED         4367.97           .00         811.68
CREDIT CARD CUSTOMER SER   UNSECURED        NOT FILED          .00            .00
DISCOVER BANK              UNSECURED        10396.61           .00        1931.96
ECAST SETTLEMENT CORPORA   UNSECURED        11273.74           .00        2094.95
ECAST SETTLEMENT CORPORA   UNSECURED         4965.59           .00         922.74
WELLS FARGO FINANCIAL IN   UNSECURED         2358.16           .00         438.21
CONSUMERS COOP CU          UNSECURED         1759.92           .00         327.04
CONSUMERS COOP CU          UNSECURED         5388.87           .00        1001.39
         Summary of disbursements:
------------------------------------------------------------------------------
                       SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00           .00     61919.59         .00       61919.59
PRINCIPAL PAID             .00           .00     11506.26         .00       11506.26
INTEREST PAID              .00           .00          .00         .00            .00
TOTAL PAID                 .00           .00     11506.26         .00       11506.26
The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $    2200.00
and was paid $    506.00   direct and $   1694.00   through the plan.

The Trustee received $    587.74 .

Refunds to the Debtor totaled $         .00 .

      Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/15/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE










                                    PAGE   2
         CASE NO. 04 B 15410 BERNICE LONG